AO 451  (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LL ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  1:19-cv-01985-TJK |
| CLC INDUSTRIES LIMITED et al ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  10/18/2021  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  07/21/2022

CLERK OF COURT

Leayrohn L. King  Digitally signed by Leayrohn L. King
Date: 2022.07.21 16:03:23 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>*Plaintiff*<br>v.<br>CLC INDUSTRIES LIMITED et al<br>*Defendant* | )<br>)<br>) Civil Action No. 19-CV-1985 (TJK)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy J. Kelly on a motion for Default Judgment [16]. The Court has ORDERED judgment in favor of Quinn Emanuel Urquhart & Sullivan, LLP and against CLC Industries Limited & Spentex Netherlands B.V., as awarded by the tribunal, as follows: (a) $12,772,527.53 in damages; (b) $478,073.60 as expenses for the arbitration; (c) $126,110.03 as expenses for this action; and (d) interest on the sum awarded in (a) at a rate of 7.50% per year accruing on December 27, 2016, until the date of final payment.

Date: 10/18/2021

ANGELA D. CAESAR, CLERK OF COURT

Date: 2021.10.18 11:27:11 -04'00'

*Signature of Clerk or Deputy Clerk*

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK
Leayrohn L. King
Digitally signed by Leayrohn L. King
Date: 2022.07.21 16:03:45 -04'00'