ABSTRACT OF JUDGMENT

**Re:** Quinn Emanuel Urquhart & Sullivan, LLP v. CLC Industries Limited (formerly known a

**Case Number:** 1:22-mc-00239-VSB

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| CLC INDUSTRIES LIMITED (formerly known as SPENTEX INDUSTRIES LIMITED) and SPENTEX NETHERLANDS B.V.<br><br>A-60, Okhla Industrial Area Phase-II, New Delhi–110 020 (India) | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>1300 I Street, N.W., Suite 900, Washington, D.C., 20005 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| (a) $12,772,527.53 in damages;<br>(b) $478,073.60 as expenses for the arbitration;<br>(c) $126,110.03 as expenses for action to confirm arbitration award in the District of D.C.; and<br>(d) interest on the sum awarded in (a) at a rate of 7.50% per year accruing on December 27, 2016, until the date of final payment. | Gregg Badichek<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Ave Suite 520<br>Boston, MA 02199 | 10/18/2021 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

**Dated:** New York                    , New York

**RUBY J. KRAJICK, Clerk of Court**

_____
**By, Deputy Clerk**